FILED
*August 6, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# IN THE THIRD COURT OF APPEALS
## OF TEXAS AT AUSTIN
*****************************************

---
### No. 03-14-00404-CV
---

### KEVIN TOWER AND KARRIE LYNN TOWER,
*Appellants,*

v.

### BANK OF AMERICA, N.A.
### Appellee.

*****************************************



RECEIVED
AUG 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## APPELLANTS MOTION FOR EXTENSION OF TIME
## TO FILE A MOTION FOR REHEARING

COMES NOW APPELLANTS Kevin Tower and Lynn Tower ("Appellants") and files this their Fourth Motion for Extension of Time to file an Appeal Brief, and in support thereof, would show as follows:

### I. FACTS

1.     This matter originated from the Hays County Court at Law.  Appellants' were the Defendant's in a case styled, ***Bank of America, N.A. v. Kevin Tower***, Cause No. 13-0320-C.

2.     Appellants decided to initially appeal this matter from the trial court to this Court because the trial court failed to allow the Defendant the right to submit any contraverting evidence, rather the court decided to adjourn to consider the Defendants/Appellants objections.

3.     This Court rendered a decision in this case on July 22, 2015.  Tex. R. App. P. 49.1 allows a Defendant, upon motion to have the appeals judgment or order reconsidered.  Tex. R. App. P. 49.1 demands that this be done within fifteen (15) days from the rendering of the appeals court decision.  Despite the fact that Appellants did not receive the decision until days after its rendering, Appellants do desire to as soon as possible file a Motion for Rehearing timely and

within the fifteen days, however due to the short time frame and the fact that Appellants are pro se and do not have the access to all resources attorneys enjoy, the possibility of doing so is impossible.

## II. ARGUMENT & AUTHORITIES

4.     Tex. R. App. P. § 49.8 allows for this Court to allow a extension in the presentation and filing of a motion for rehearing and motion for en banc reconsideration provided the motion complies with Tex. R. App. P. §10.5(b).

5.     The deadline for filing the Motion for reconsideration or motion for en banc review is fifteen (15) days after the rendering of the judgment. In this case the rendering was presented on July 22, 2015; therefore the deadline for the submission of same is August 6, 2015 the same day as the submission of this motion.

6.     Appellants request a fourteen (14) day extension to this deadline.

7.     Appellants do desire to as soon as possible file a Motion for Rehearing timely and within the fifteen days however due to the short time frame and the fact that Appellants are pro se, the possibility of doing so is impossible. The two matters which are clearly in error in the panel's decision and the issues which Appellants will brief are:

    a.     **Violation of the Due Process of Law;**

    b.     **Failure of the panel to render an opinion consistent with Texas Rules of Appellate Process §47.1**

The briefing on each is difficult because each is such a legal premise, which all recognize, that there is very little case law which addresses each because it is known by all to be a legal necessity.

8.     This is the only extension associated with the filing of motion for rehearing and

motion for en banc reconsideration

6.    However, for good cause this Court may grant an extension.


## III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant preys that this Court grant an extension of time to file Appellants Motion for Reconsideration.

Respectfully submitted:

Kevin Tower                                    8/6/15

Pro Se


## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of August 2015, a true and correct copy of the foregoing was served as stated below pursuant to the Texas Rules of Civil Procedure.

| | |
|---|---|
| Mr. Jonathan M. Williams | ☐ Electronic File via ProDocEfile.com |
| Marinosci Law Group, P.C. | ☒ Confirmed Facsimile |
| 14643 Dallas Parkway, Suite 750 | ☐ Hand Delivery |
| Dallas, Texas 75254 | ☐ Regular U.S. Mail |
| (972) 331-5240 | ☐ CMRRR |

8/6/15

Kevin Tower